**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by ___ D.C.
DEC 28 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Civil Case Number: 15-cv-81767-Middlebrooks/Brannon

Randal A. Ferguson
(Write the full name of the plaintiff)

vs.

City of West Palm Beach
Mayor Sylvia Moffett, ind. offcl
Jeri Murio, Ind, offcl capacity
Corey Weering Ind, offical Capacity
(Write the full name of the defendant/s in this case)
Keith James Ind, offcl Capacity
Paula Ryan Ind, offcl Capacity

Shannon Materio, Ind, office Capacity

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: Randal A Ferguson
Address: 521 17th Street WPB FL, 33407

Inmate/Prison No.: _____

Year of Birth: _____ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: City of WPB      Defendant: _____

Official Position: _____   Official Position: _____

Place of Employment: _____   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not inlude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

*Please See Attached Typed Statement*

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

*Please See Attached Typed Statement*

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this 28th day of December, 20 15

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: December 28th 2015

_____
Signature of Plaintiff

**STATEMENT OF COMPLAINT:**   Exhibits Attached

Comes now Randal A. Ferguson ( Sui Juris) and file this complaint of **42 U.S.C 1983** against  The City of West Palm Beach and it's agents/ employees, i.e. <u>City Commissioners</u>.  The **Mayor Sylvia Moffeitt, Jeri Murio, Corey Sneering, Paula, Ryan, Keith James, Shannon Materio**, of which Mr. Ferguson  brings a claim of (1) count of **Negligence, (1) count of 42 U.S.C 1983** against this City Commission   in their **Individual** and **Official Capacities.**  In addition to his 42 U.S.C and negligence claims,  Mr. Ferguson will outline several other claims against the Municipality and it's agents/ employees   who acted under color of State Law and through their own **Official City Policy  for which they violated,( 90-5(b) as well as <u>unofficial custom</u> of practice by the municipality and it's agents in Depriving Mr. Ferguson  Constitutional Rights of the U.S. of <u>Due Process ,</u>  <u>Making False Claims, Federal Statue  U.S.C 3729</u>, <u>Violation of Florida Statue 180.135</u>,  The City and it's agents /employees failed to perform  Proper Standard of Procedure and <u>Due Process</u> for providing notices and  in placing and administering liens**  that caused tremendous harm in the violation of Mr. Ferguson  4th, 14th and 5 the  Amendment Rights Under The U.S Constitution that **deprived** and **denied** him of a **liberty** and a **right**  outline by **Congress**  and the **legislation**,  for which the  City of West Palm Beach and its agents/ employess have <u>intentionally</u> <u>knowingly</u> and <u>maliciously</u> **denied** and **deprived** Mr. Ferguson of **Water Service for which they have placed a lien on the property in and effort to force Mr. Ferguson to first pay off a lein against the property before they provide him with water service pursuant to an alleged  delinquent old  <u>water bill</u>   of his deceased mother Martha Ferguson Bullard who has been deceased since 2012. The City of W.P.B Utility department was fully aware of**

24  the Death of Mrs. Ferguson Bullard. (exhibit F). (1) Water services of Mrs. Ferguson services
25  was stop by her surviving husband John Bullard after informing the utility department of her
26  death. After the water services was stop under the deceased name, Mr. Randal Ferguson was
27  allowed to open a New Account under his name after informing and providing the supervisor
28  with paper work of a Monthly Statement from Champion Reverse Mortgage and case
29  number of the Foreclosure Proceedings which is still currently pending Case#
30  2013CA017832XXXXMB 15TH Judicial Circuit against the property as a result of the Death of
31  his mother for which he is also a Pro Se litigant and heir to the property (See attached exhibit
32  B which shows the latest 2015 Statement for which the loan Company sends out. In addition
33  to the utility's department awareness of the death of the deceased Martha Ferguson Bullard,
34  Mrs. Bullard's Death was also published in the Local News Paper, The Palm Beach Post.
35  Obituary Section:   all of which The City Commissioners of W.P.B where (Deliberate
36  Indifferent) of which they knew or should have known before acting in Conspiracy with one
37  another in an ulterior motive in an attempted to acquire the Defendant(s) property through
38  Erroneous False Claims in putting erroneous liens on the property in and a Malicious attempt
39  to foreclose the plaintiffs property pursuant to the erroneous liens of which they knew that
40  the individual was deceased, as well as denying Mr. Ferguson Water service until the liens are
41  satisfied for which they are attempting to force him to pay.  In addition, The City of W.P.B and
42  its agents/ employess. in an unofficial custom of practice  presented False, Misleading,
43  Inaccurate Information Of Notices via Certified Mail for which was never received or delivered
44  to the property address at 521 17th street W.P.B fl, 33407. In further investigation of the
45  alleged Certified Mail, Mr. Ferguson had his Mailman to Check the postal System as to the
46  issuance of the alleged certified mail that was alleged to have been sent out by the city for

47  which no one at the property received notice of nor does the mailman recall providing or
48  leaving a notice of a certified mail in the mailbox. It was discovered after further investigation
49  by Mr. Ferguson's Mailman after he submitted the information to be checked in the postal
50  system that 2 of the alleged letters did not exist in the System and one was picked up on
51  11/30/2015 by parties unknown without delivery to the address of 521 17th W.P.B Fl, 33407
52  (See exhibits C&D).

53  <u>Exhibits E and F</u> will provide evidence not only was the city aware that Martha Ferguson
54  Bullard was deceased, the conversation of the following to the City Attorney Van Hall was
55  should Randal Ferguson be required to pay off the liens before his water service be
56  continued.   Negligently and making a False claim pursuant to the Fed Statue  31 U.S.C 3729
57  The City of W.P.B <u>refuse to allow</u> Mr. Ferguson delinquent bill to be paid off( **See attached**
58  **Exhibit A)**, for which the City of West Palm Beach is trying to make Mr. Ferguson pay of an
59  alleged delinquent bill of his deceased mother first before they accept payment of his bill and
60  restore water service. Mr. Ferguson did not create the bill nor did he benefit from the
61  services.  A non-profit agency attempted to help Mr. Ferguson for which the agency
62  attempted for 2 weeks to pay off Mr. Fergusons past Due Bill, but the City Of West Palm Beach
63  Water refused to  accept payment from the agency causing further harm to Ferguson and
64  stated to the agency  that the lien has to be paid off first.      <u>In it's **negligence**, the City of
65  West Palm Beach and it's agents has not even recorded the alleged  liens in the Circuit Court</u> to
66  perfect the liens. **There were occasions when Mr. Ferguson did not the physically live in the
67  home due to allowing other relatives to take resident, however, the home has been his
68  primary resident.**

69  The City of W.P.B refused to allowed Mr. Ferguson to pay off his delinquent account and
70  receive water services pursuant to an **unofficial custom of practice** and an **Official Policy** of the City
71  requiring that the lien must be off before water service be restored due to an ulterior motive by the City
72  of West Palm Beach to obtain the property and make profit in making a **false claims** for which the
73  municipality through it's agents ( City Commissioners) placed a lien against the property of an alleged
74  delinquent account by his deceased mother Martha Ferguson Bullard who has been **deceased for over**
75  **3 and half years, since 2012**. The lien **was recently** placed on the property in August of this year. Mr.
76  Ferguson did not benefit from the water service of his mother. After the surviving spouse of the
77  deceased John Bullard decided to move out, he informed the utility department of the death of his
78  spouse Martha Ferguson Bullard, for which water services was discontinued under the deceased name.
79  It was at that time that I Randal A. Ferguson open an account as a new customer on **9/08/2014 (See**
80  **attached exhibit A**

81  **( It should be noted that prior to opening the account, Mr. Ferguson spoke with a supervisor**
82  **and presented documentation that he was a Pro Se litigant defending against the foreclosure of the**
83  **property, Mr. Ferguson informed the supervisor of the death of his mother for which he was allowed**
84  **to open an account as a new customer.** Unfortunately Mr. Ferguson was incarcerated a short time
85  after for which he was in jail for over 90 days in which he was unable to pay the bill, thus created his
86  delinquent account.

87  In placing a lien on the property the City of West Palm Beach and its agents i.e. City
88  Commissioners denied the deceased and the current resident in the home Mr. Randal Ferguson **their**
89  **right of Due Process Rights in not providing adequate Notice and a Hearing** to which the City of West
90  Palm Beach and its agents City Commissioners and the Utility director were Deliberate Indifferent and

91  Negligent in their reckless disregard of their actions imposing fines penalties and liens. pursuant to the

92  **Florida Statue 162** and even their own City code (**90-5 (b)** The City of West Palm Beach and it's agents

93  knew and was informed that Martha Ferguson Bullard was Deceased even though she is listed on the

94  property appraisal as still the owner due the Foreclosure lawsuit against the Family who have not

95  been able to initiate probate proceedings because of they have been fighting against the Foreclosure

96  as Pro Se Litigant for the past 3 years, case# 2013CA001783XXXXMB Nationstar v. Randal A, Fergson

97  et,al. 15th Judicial Circuit. The alleged Notices not only were not served or reached the property

98  address as a normal certified letter would. There is clear evidence that the alleged notices did not

99  exists, or never left the post office violating Due Process Rights. The Actions of The City of W.P.B , The

100 City Commissioners,  The Attorney Christopher Van Hall  and The Utility Director all have caused a

101 tremendous Harm and injury including intentional affliction of emotional distress mental anguish,

102 deprivation of life, and liberties afforded to him by the U.S. Constitution for which they have  acted in

103 Conspiracy with one another  in a Malicious attempted to collect on False claims, deprivation of life

104 and liberties  which includes a Egregious effort to acquire the  property of the deceased pursuant to

105 foreclosing on the property as a result of the erroneous liens for  it is most likely that even in

106 probating the estate that there would not be enough assets to satifisfy  the alleged lien. Mr. Ferguson

107 will also be providing a copy of the email he received from The City attorney Christopher Van Hall in

108 support of his claims against the Municipality. Mr. Ferguson also seeks monetary Sanctions against

109 the City Attorney Christopher Van Hall.   Mr. Ferguson also brings a claim against the city and it's

110 employees/ agents under the doctrine of Respondent Superior

111

112   Wherefore, Based on the Complaint: Randal Ferguson seeks Relief of injuries against The City Of

113  W.P.B  and it's employees/ agents as follows:
5

6

114    (1) Count of Negligence of 5,000,000 dollars. Against The City of West Palm Beach and against each
115    separate City Commissioner as follows, 1,000,000 dollars against Mayor Sylvia Mofeitt. 1,000,000
116    dollars against City Commissioner Keith James, as soon as to all listed City Commissioners. And the
117    Utility Director W.P.B. refusing to accept payment of his delinquent bill and refusing to allow him
118    water service until the lein of and old bill is paid which was make by another customer of which the
119    they knew the customer to be deceased.

120    (1) Count of Deprivation of his 4th and 14th Amendment rights 42 U.S.C. 1983 pursuant to unofficial
121    customs of practice and pursuant to failure to effectively perform its own standard of procedure of
122    it's own official policy by failing to provide water service to its customer by refusing payment of his
123    delinquent bill and forcing him to pay a delinquent bill of which he did not create or benefitted from.
124    Depriving and denying him of water service for which Plaintiff seeks relief of 5,000,000 dollars
125    against The City of W.P.B and each separate City Commissioner and the Utility Director of W.P.B

126    (1) Count of Deliberate Indifference 5,000,000 dollars against the City Of W.P.B and against each
127    separate individual City Commission and the Utility Director.

128    (1) Count of False Claims 5,000,000 dollars against the City of W.P.B and against each separate
129    individual City Commission Utility Director.

130    (1) Count of 5,000,000 dollars against the City of W.P.B and against each seperate individual City
131    Commissioner and Utility Director in violation of Fl statue 180.135

132    (1) Count of 5,000,000 dollars against the City Of W.P.B and each separate Individual city
133    Commissioner and Utility Director in violation of FL Statue 162 of placing liens

134

135    Plaintiff request that this court allow him to proceed in forma pauperism upon approval and plaintiff
136    also request that service of process be carried out by U.S. Marshalls office.

137    Randal A. Ferguson
       521 17th Street
       W.P.B Fl, 33407
       (561) 460-1186



6